Date: 09/26/11

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-31787 - JORGENSON, BRIAN P

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for Wfnnb As Assignee of Victoria's Secret PO Box 248872 Oklahoma City, OK 73124-8872 FINAL DISTRIBUTION 3351 | 000002 | 318.13 | 3.25 |
| Remittance Total | | 318.13 | 3.25 |

John A. Hedback, Trustee

RECEIVED 11 SEP 27 AM 11:46 U.S. BANKRUPTCY COURT ST. PAUL, MN